| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Davis, Mark S. | 2. Court or Organization U.S. District Court, Eastern District of Virginia | 3. Date of Report 05/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States District Court
Walter E. Hoffman United States Courthouse
600 Granby Street, Suite 132
Norfolk, VA 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visitor | Regent University School of Law Board of Visitors, an advisory board to the Dean of the law school with no policy-making authority |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Virginia Retirement System (reflects continued assets in VRS from service as Virginia judge from 2003-2008) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | BB&T Bank - salary and bonuses |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law - The Nicholas J. Healy Lecture on Admiralty Law | 4/30/15-5/1/15 | New York, NY | Guest lecturer | Transportation, lodging (meal included) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account | A | Interest | J | T | | | | | |
| 2. Towne Bank Account | A | Interest | K | T | | | | | |
| 3. BB&T Bank Account | A | Interest | N | T | | | | | |
| 4. Nationwide Life Insurance Whole Life Policy | A | Dividend | K | T | | | | | |
| 5. Lincoln National Annuity | A | Dividend | J | T | | | | | |
| 6. IRA #1 | D | Dividend | M | T | | | | | |
| 7. -T. Rowe Price Equity Income Fund | | | | | | | | | |
| 8. -T. Rowe Price International Discovery Fund | | | | | | | | | |
| 9. -T. Rowe Price New American Fund | | | | | | | | | |
| 10. -T. Rowe Price New Horizons Fund | | | | | Buy (add'l) | 01/12/15 | K | | |
| 11. -T. Rowe Price Small Cap Value Fund | | | | | | | | | |
| 12. -T. Rowe Price Spectrum International Fund | | | | | | | | | |
| 13. -T. Rowe Price Prime Reserve | | | | | | | | | |
| 14. IRA #2 | A | Dividend | J | T | | | | | |
| 15. - T. Rowe Price New American Growth | | | | | | | | | |
| 16. - T. Rowe Price Prime Reserve | | | | | | | | | |
| 17. IRA #3 | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T. Rowe Price New Horizons Fund | | | | | Buy (add'l) | 01/12/15 | J | | |
| 19. - T. Rowe Price Small Cap Value Fund | | | | | | | | | |
| 20. - T. Rowe Price Prime Reserve | | | | | | | | | |
| 21. Retirement #1 | F | Dividend | P1 | T | | | | | |
| 22. - Deposit Account (BB&T) | | | | | | | | | |
| 23. - Sterling LCV al Divid. | | | | | | | | | |
| 24. - Fidelity Contrafund | | | | | | | | | |
| 25. - Vanguard Institutional Index | | | | | | | | | |
| 26. - Sterling Mid-Cap Value | | | | | | | | | |
| 27. - Sterling Special Opps Equity | | | | | | | | | |
| 28. - T. Rowe Price Mid Cap Growth | | | | | | | | | |
| 29. - Harbor International Fund | | | | | | | | | |
| 30. Retirement #2 | B | Dividend | N | T | | | | | |
| 31. - Deposit Account (BB&T) | | | | | | | | | |
| 32. Colonial REMIC | A | Dividend | | | Redeemed | 05/13/15 | J | A | |
| 33. BB&T Stock | D | Dividend | M | T | Buy (add'l) | 02/22/15 | K | | |
| 34. | | | | | Sold (part) | 04/17/15 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Donated (part) | | | | |
| 36. Raymond James Financial Services (H) | | | | | | | | | |
| 37. -Capital Income Builder Fund Class A- American Funds M/F | A | Dividend | K | T | | | | | |
| 38. -Fundamental Investors Fund Class A- American Funds M/F | A | Dividend | J | T | | | | | |
| 39. -Growth Fund of America Class A- American Funds M/F | A | Dividend | J | T | | | | | |
| 40. -Income Fund of America Class A- American Funds M/F | A | Dividend | K | T | | | | | |
| 41. -Smallcap World Fund Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 42. Trust #1 | C | Dividend | N | T | | | | | |
| 43. - T. Rowe Price Virginia Tax Free Bond #1 | | | | | | | | | |
| 44. - Federated Virginia Muni Money Market | | | | | Buy | 06/06/14 | M | | |
| 45. Virginia 529 #1, Stock Index (X) | A | Dividend | J | T | Buy | 12/28/15 | J | | |
| 46. Virginia 529 #2, Stock Index (X) | A | Dividend | J | T | Buy | 12/28/15 | J | | |
| 47. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 23 - Sterling Select Equity Fd Cl 1 reported on the 2014 Financial Disclosure Report was misidentified as it had been changed to "Sterling LCVal Divid."

Section VII, Lines 42, 43 and 44 - The T. Rowe Price Virginia Tax Free Bond #1 listed on line 39 of the 2014 Financial Disclosure Report was retitled in the name of a trust in 2014. However, it was listed individually on line 39 in that 2014 Financial Disclosure Report without reference to the trust. It has now been listed in this Financial Disclosure Report on line 43 as an asset titled in the name of the trust identified at line 42. Moreover, the Federated Virginia Muni Money Market listed on line 44 of this Financial Disclosure Report was opened in 2014 and titled in the name of the same trust. Such money market account should have been listed on the 2014 Financial Disclosure Report, but was omitted by mistake. Therefore, the open date is listed on this report. Because this money market account and the T. Rowe Price Virginia Tax Free Bond #1 are reportable assets in the same trust, they are listed in this report on line 43 and line 44 as assets within the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark S. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544